IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TOMMIEL QUENPONTA CLAIBORNE                                           PLAINTIFF

VS.                                        CIVIL ACTION NO.  5:14cv29-DCB-MTP

SHERIFF MARVIN LUCAS, ET AL.                                         DEFENDANTS

<u>ORDER</u>

    This cause came on this date to be heard upon the Report and Recommendation of United States Magistrate Judge Michael T. Parker, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court and the Defendants' Motion for Summary Judgment [67] should be Granted, the Defendants' Motion to Dismiss [69] should be Granted, and this action should be dismissed with prejudice.

    IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and the same entire action should be dismissed with prejudice.

    A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED, this the   4th   day of February, 2016.

                                                s/David Bramlette
                                      UNITED STATES DISTRICT JUDGE